COMMONWEALTH of Pennsylvania, Respondent,

v.

John Edward HILL, Petitioner.

Supreme Court of Pennsylvania.

Dec. 15, 1999.

James J. Karl, Chief Public Defender, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 15th day of December, 1999, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether an indigent defendant adjudicated as a "high-risk dangerous offender" pursuant to 42 Pa.C.S. § 9714 possesses a constitutional right to state-funded psychiatric assistance in presenting a defense against statutory enhanced mandatory punishments?

Albert TRUAX, Appellant,

v.

WORKERS' COMPENSATION APPEAL BOARD (TRU WELD, INC.), Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 13, 1999.

Decided Dec. 20, 1999.

Joan D. Mason, Meadville, for Albert Truax.

F. David Dermotta, Pittsburgh, for Tru Weld, Inc.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 20th day of December, 1999, the Order of the Commonwealth Court is REVERSED pursuant to *Jasper v. Workmen's Compensation Appeal Bd.*, 498 Pa. 263, 445 A.2d 1212 (1982). The case is remanded to the Workers' Compensation Judge and is limited to the determination of whether a compensable work-related injury occurred on June 25, 1992.